# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-40504
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
March 6, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jefferson Riascos-Aspirlla,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-212-1

———————————————————

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jefferson Riascos-Aspirlla has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Riascos-Aspirlla has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40504

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.